FILED

NOV 1 4 2005

CO-386-online
10/03

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | |
|---|---|
| Louisiana Wholesale Drug Company, Inc. )<br><br>         Plaintiff )<br>vs )<br><br>Warner Chilcott Holdings Company III, Ltd, Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Public Limited Company, Galen Chemicals Ltd, Barr Pharmaceuticals, Inc. )<br><br>         Defendant ) | Civil Action |

CASE NUMBER  1:05CV02210

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Antitrust

DATE STAMP: 11/14/2005

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Louisiana Wholesale Drug Company, Inc.  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Louisiana Wholesale Drug Company, Inc.  which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

912899
BAR IDENTIFICATION NO.

David U. Fierst
Print Name

1100 Connecticut Ave, Suite 1100
Address

Washington D.C.          20036
City          State          Zip Code

202-737-7777
Phone Number

*3*