UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
LOUISIANA WHOLESALE DRUG CO., INC.,
                                                                            :
    Plaintiff,
                                                                            : CA 05-2210 (CKK)
    v.

WARNER CHILCOTT PUBLIC LIMITED           :
COMPANY et al

    Defendants
_____

**PLAINTIFF'S MOTION FOR ADMISSION *PRO HAC VICE***

    Plaintiff Louisiana Wholesale Drug Co. hereby moves pursuant to LCvR 83.2(d) for the admission *pro hac vice* of Bruce E. Gerstein and Kimberly M. Hennings.

    The undersigned sponsoring counsel, David U. Fierst, is a member of the Bar of this Court in good standing.

    The motion is supported by the declarations of Burce E. Gerstein and Kimberly M. Hennings.

                                                     /s/ David U. Fierst
                                                   David U. Fierst, #912899
                                                   STEIN, MITCHELL & MEZINES LLP
                                                   1100 Connecticut Avenue, N.W.
                                                   Suite 1100
                                                   Washington, D.C. 20036
                                                   Tel: 202-737-7777
                                                   Fax: 202-296-8312

Dated: December 3, 2005