UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC. on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> WARNER CHILCOTT PUBLIC LIMITED COMPANY, WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., GALEN (CHEMICALS) LTD., and BARR PHARMACEUTICALS. INC. <br><br> Defendants. | Civ. No. 05-2210 |

**DECLARATION OF BRUCE E. GERSTEIN, ESQ.**

BRUCE E. GERSTEIN, seeking admission *pro hac vice* to the bar of this Court in the above-captioned matter, hereby declares as follows under penalty of perjury:

1. I am a member of the firm Garwin Gerstein & Fisher, LLP, attorneys for Plaintiffs in the above-captioned matter.

2. My office address is 1501 Broadway, Suite 1416, New York, NY 10036, and my office telephone number is (212) 398-0055.

3. I am admitted to practice before the New York State bar, as well as the bars of the following federal courts: United States District Courts for the Southern, Western and Eastern Districts of New York; United States District Court for the Eastern District of Michigan; United

States Court of Appeals for the First Circuit; United States Court of Appeals for the Second Circuit; United States Court of Appeals for the Third Circuit; United States Court of Appeals for the Fourth Circuit; United States Court of Appeals for the Fifth Circuit; United States Court of Appeals for the Sixth Circuit; United States Court of Appeals for the Seventh Circuit; United States Court of Appeals for the Ninth Circuit; and the United States Court of Appeals for the Eleventh Circuit.

4.  I have not been disciplined by any bar.

5.  I have been admitted *pro hac vice* in this Court two times within the last two years, in the matter of *In Re Nifedipine Antitrust Litigation*, No. 03-00223 (RJL), on behalf of plaintiff Rochester Drug Cooperative, as well as in the matter of *Louisiana Wholesale Drug Co., Inc. et al. v. Biovail Corp. et al.*, No. 04-2235 (JR), on behalf of plaintiffs Louisiana Whole Drug Company and Rochester Drug Cooperative.

6.  I am not a member of the District of Columbia bar and do not have an application for membership pending.

7.  I have been requested to represent Plaintiffs in this matter.

8.  Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of Plaintiff and will also facilitate the efficient litigation of this matter.

9.  I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiffs in this matter.

Subject to the penalties of perjury, I declare that the foregoing statements made by me are true.

Dated: November 21, 2005

*Bruce Gerstein* (signature)

Bruce E. Gerstein, Esq.
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055