IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC.,<br>    2085 I-49<br>    South Service Road<br>    Sunset, Louisiana 70584<br>on behalf of itself and all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>WARNER CHILCOTT PUBLIC LIMITED COMPANY, WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., GALEN (CHEMICALS) LTD., and BARR PHARMACEUTICALS, INC.<br><br>                              Defendants. | Civil Action No: 1:05-CV-02210-CKK<br><br>Judge Colleen Kollar-Kotelly<br><br>**JURY TRIAL DEMANDED** |

**BARR PHARMACEUTICALS' CORPORATE DISCLOSURE STATEMENT
AS REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned counsel for Barr Pharmaceuticals, Inc., certify that to the best of my knowledge and belief, Barr Pharmaceuticals, Inc. does not have any parent companies, subsidiaries or affiliates which have outstanding securities in the hands of the public.

Respectfully submitted,

_____
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Chong S. Park (D.C. Bar # 463050)

KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000
(202) 879-5200 (fax)

*Attorneys for Defendant Barr Pharmaceuticals, Inc.*