UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
LOUISIANA WHOLESALE DRUG CO., INC., :
:
    Plaintiff, :
:
v. : Civil Action No: 1:05CV02210 (CKK)
: Judge Colleen Kollar-Kotelly
WARNER CHILCOTT PUBLIC LIMITED :
COMPANY, *et al.*, :
:
    Defendants. :
---------------------------------------------------------- x

**MOTION OF DEFENDANTS**
**FOR ADMISSION *PRO HAC VICE***

        Pursuant to LCvR 83.2 and the attached declaration, Defendants Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd. (collectively "Defendants") move for the admission of Charles E. Koob of the law firm Simpson Thacher & Bartlett LLP to represent Defendants in this action.  Mr. Koob is a member in good standing of the following bars:  the State of New York, the State of California, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States

Court of Federal Claims, and the United States Supreme Court. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Mr. Koob should this Motion be granted.

December 21, 2005                                  Respectfully submitted,


                                By:    /s/
                                       Kevin J. Arquit, #438511
                                       SIMPSON THACHER & BARTLETT LLP
                                       425 Lexington Avenue
                                       New York, New York 10017
                                       (212) 455-2000

                                       *Counsel for Defendants*