UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------- x
LOUISIANA WHOLESALE DRUG CO., INC.                      :
2085 I-49                                               :
South Service Road                                      :
Sunset, Louisiana  70584,                               :   Civil Action No: 1:05CV02210 (CKK)
   on behalf of itself and all others similarly situated, :   Judge Colleen Kollar-Kotelly
                                                        :
        Plaintiff,                                      :
                                                        :
 v.                                                     :
                                                        :
WARNER CHILCOTT PUBLIC LIMITED                          :
COMPANY                                                 :
100 Enterprise Drive                                    :
Rockaway, N.J. 07866-2129                               :
                                                        :
WARNER CHILCOTT HOLDINGS COMPANY                        :
III, LTD.                                               :
100 Enterprise Drive                                    :
Rockaway, N.J. 07866-2129                               :
                                                        :
WARNER CHILCOTT CORPORATION                             :
100 Enterprise Drive                                    :
Rockaway, N.J. 07866-2129                               :
                                                        :
WARNER CHILCOTT (US) INC.                               :
100 Enterprise Drive                                    :
Rockaway, N.J. 07866-2129                               :
                                                        :
GALEN (CHEMICALS) LTD.                                  :
Unit 4 Burton Hall Pk.                                  :
Sandyford Industrial Estate                             :
Foxrock, Ireland                                        :
                                                        :
and                                                     :
                                                        :
BARR PHARMACEUTICALS, INC.                              :
2 Quaker Road, P.O. Box 2900                            :
Pomona, N.Y. 10970-0519                                 :
                                                        :
        Defendants                                      :
------------------------------------------------------- x
```

**ENTRY OF APPEARANCE (LCvR 83.6(a))**

Pursuant to LCvR 83.6(a), Kevin J. Arquit hereby gives notice of his entry of appearance on behalf of Defendants Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd.

December 21, 2005

Respectfully submitted,

By: /s/ _____

Kevin J. Arquit, #438511
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

*Counsel for Defendants*