IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JABO'S PHARMACY, INC., on behalf of itself and all others similarly situated in the States of Tennessee, Alabama, Arizona, Florida, Hawaii, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, New York, North Carolina, North Dakota, South Carolina, South Dakota, Vermont, West Virginia, Wisconsin and the District of Columbia,<br><br>    Plaintiffs,<br><br>vs.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD.; WARNER CHILCOTT CORPORATION; WARNER CHILCOTT (US) INC.; GALEN (CHEMICALS), LTD.; and BARR PHARMACEUTICALS, INC.,<br><br>    Defendants. | Case No.: 2:05-cv-316<br><br>CLASS ACTION |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)**

**NOW INTO COURT** comes the Plaintiff, Jabo's Pharmacy, Inc., and files this Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), and in support would further show :

<u>DISMISSAL OF ALL CLAIMS AGAINST ALL PARTIES</u>

1. This suit was filed on November 30, 2005. Defendants have not served an answer or

motion for summary judgment.

2. Plaintiff wishes to and hereby does voluntarily dismiss this action against all parties, without prejudice to refiling, pursuant to Federal Rule 41(a)(1)(i).

3. Plaintiff acknowledges that a dismissal of an action requesting class action status may not be obtained without court approval, and thus, Plaintiff respectfully requests permission from this Honorable Court to voluntarily dismiss this action. Approval should be readily given in this particular case for the following reasons:

(a) whether to permit the plaintiff to dismiss without prejudice is a matter within the district court's discretion. *Tolle v. Carroll Touch, Inc.*, 23 F.3d 174, 177 (7th Cir. 1994). The Court should grant the plaintiff's motion for voluntary dismissal under Rule 41(a)(2) without prejudice, unless it would cause substantial prejudice to the defendant. *Ohlander v. Larsen*, 114 F.3d 1531, 1537 (10th Cir. 1997).

(b) no class has been certified in this action with respect to Tennessee consumers.

(c) "The purpose of Rule 41(a)(2) is freely to allow voluntary dismissals unless the parties will be unfairly prejudiced." *Davis v. USX Corp.*, 819 F.2d 1270, 1273 (4th Cir. 1987). If allowed, the voluntary dismissal here would not bar any future claims against the defendants by putative class members, so that is not a concern.

4. A form of Order on this voluntary dismissal is being filed with this Notice.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Jabo's Pharmacy, Inc., hereby gives this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), without prejudice to refiling of same.

Respectfully submitted, this 20th day of December, 2005.

/s/       Gordon Ball
Gordon Ball
Ball & Scott
550 W. Main Ave., Suite 750
Knoxville, TN 37902
(865) 525-7028

## CERTIFICATE OF SERVICE

I, Gordon Ball, do hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This 20th day of December, 2005.

/s/       Gordon Ball
Gordon Ball

Case 2:05-cv-00316  Document 4  Filed 12/22/2005  Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JABO'S PHARMACY, INC., on behalf of itself and all others similarly situated in the States of Tennessee, Alabama, Arizona, Florida, Hawaii, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Nebraska, Nevada, New Mexico, New York, North Carolina, North Dakota, South Carolina, South Dakota, Vermont, West Virginia, Wisconsin and the District of Columbia,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD.; WARNER CHILCOTT CORPORATION; WARNER CHILCOTT (US) INC.; GALEN (CHEMICALS), LTD.; and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | Case No.: 2:05-cv-316<br><br>CLASS ACTION |

## ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF COMPLAINT OF JABO'S PHARMACY, INC.

Upon the Notice of Voluntary Dismissal filed by Plaintiff, Jabo's Pharmacy, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) seeking an order voluntarily dismissing this action against the Defendants without prejudice, and for good cause, it is HEREBY

ORDERED, ADJUDGED, AND DECREED that, for the reasons set forth in the Plaintiff's

notice of voluntary dismissal, the proposed class action complaint of Jabo's Pharmacy, Inc., No. 2:03-CV-316, is accordingly dismissed without prejudice to the refiling of same.

ENTER this 22nd day of December, 2005.

_____
JUDGE

**APPROVED:**

/s/  Gordon Ball
Gordon Ball
550 West Main Avenue
Suite 750, Bank of America Center
Knoxville, TN 37902
(865) 525-7028
(865) 525-4679 Fax

# CERTIFICATE OF SERVICE

I, Gordon Ball, do hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This 20th day of December, 2005.

/s/_____ Gordon Ball