UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOUISIANA WHOLESALE DRUG CO., INC.,

Plaintiff,

v.

WARNER CHILCOTT PUBLIC LIMITED
COMPANY et al.

Defendants.

CA 05-2210 (CCK)

**PLAINTIFF'S MOTION FOR ADMISSION *PRO HAC VICE***

Plaintiff Louisiana Wholesale Drug Co. Hereby moves pursuant to LcvR 83.2(d) for the admission *pro hac vice* of Kevin S. Landau, W. Ross Foote and David P. Smith.

The undersigned sponsoring counsel, David U. Fierst, is a member of the Bar of this Court in good standing.

The motion is supported by the declarations of Kevin S. Landau, W. Ross Foote and David P. Smith.

David U. Fierst, #912899
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Tel: (202) 737-7777
Fax: (202) 296-8312

Dated: March 8, 2006