UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOUISIANA WHOLESALE DRUG )
COMPANY, INC., )
on behalf of itself and )
all others similarly situated, )
                                      )     Civ. No. 05-2210
          Plaintiff, )
   v. )
  )
WARNER CHILCOTT PUBLIC LIMITED )
COMPANY, WARNER CHILCOTT )
HOLDINGS COMPANY III, LTD., )
WARNER CHILCOTT CORPORATION, )
WARNER CHILCOTT (US) INC., )
GALEN (CHEMICALS) LTD., and BARR )
PHARMACEUTICALS. INC. )
  )
         Defendants. )

## DECLARATION OF KEVIN S. LANDAU, ESQ.

KEVIN S. LANDAU, seeking admission *pro hac vice* to the bar of this Court in the above-captioned matter, hereby declares as follows under penalty of perjury:

1. I am a member of the firm Garwin Gerstein & Fisher, LLP, attorneys for Plaintiffs in the above-captioned matter.

2. My office address is 1501 Broadway, Suite 1416, New York, NY 10036, and my office telephone number is (212) 398-0055.

3. I am admitted to practice before the New York State bar, as well as the United States District Courts for the Southern and Eastern Districts of New York.

4. I have not been disciplined by any bar.

5. I have been admitted *pro hac vice* in this Court one time within the last two years,

in the matter of *Louisiana Wholesale Drug Co., Inc. et al. v. Biovail Corp. et al.*, No. 04-2235 (JR), on behalf of plaintiffs Louisiana Whole Drug Company and Rochester Drug Cooperative.

6. I am not a member of the District of Columbia bar and do not have an application for membership pending.

7. I have been requested to represent Plaintiffs in this matter.

8. Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of Plaintiff and will also facilitate the efficient litigation of this matter.

9. I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiffs in this matter.

Subject to the penalties of perjury, I declare that the foregoing statements made by me are true.

Dated: March 8, 2006

_____
Kevin S. Landau, Esq.
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055

2