UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br>    v.<br><br>WARNER CHILCOTT PUBLIC LIMITED COMPANY, WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., GALEN (CHEMICALS) LTD., and BARR PHARMACEUTICALS. INC.<br><br>                Defendants. | Civ. No. 05-2210 |

**DECLARATION OF W. ROSS FOOTE, ESQ.**

W. ROSS FOOTE, seeking admission *pro hac vice* to the bar of this Court in the above-captioned matter, hereby declares as follows under penalty of perjury:

1. I am a member of the firm Percy, Smith & Foote, LLP, attorneys for Plaintiffs in the above-captioned matter.

2. My office address is P.O. Box 1632, 720 Murray Street, Alexandria, Louisiana, 71309, and my office telephone number is (318) 445-4480.

3. I am admitted to practice before the Louisiana State bar (1978). I was also admitted to the United States District Court for the Western District of Louisiana in 1978 and to the Court of Appeals, Fifth Circuit 1978. I was also admitted to the United States District Court for the Eastern District of Louisiana in 1978; however, I was placed on inactive status in the

United States District Court for the Eastern District of Louisiana in 1990 upon election to the Ninth Judicial District Court, Parish of Rapides, State of Louisiana. I retired from judicial service on July 15, 2004.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I am not a member of the District of Columbia bar and do not have an application for membership pending.

7. I have been requested to represent Plaintiffs in this matter.

8. Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of Plaintiff and will also facilitate the efficient litigation of this matter.

9. I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiffs in this matter.

Subject to the penalties of perjury, I declare that the foregoing statements made by me are true.

Dated: March 8, 2006

W. Ross Foote, Esq.
Percy, Smith & Foote, LLP
P.O. Box 1632
720 Murray Street
Alexandria, LA 71309
Tel: (318) 445- 4480
Fax: (318) 487-1741