UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>WARNER CHILCOTT PUBLIC LIMITED COMPANY, WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., GALEN (CHEMICALS) LTD., and BARR PHARMACEUTICALS. INC.<br><br>    Defendants. | Civ. No. 05-2210 |

**DECLARATION OF DAVID P. SMITH, ESQ.**

DAVID P. SMITH, seeking admission *pro hac vice* to the bar of this Court in the above-captioned matter, hereby declares as follows under penalty of perjury:

1. I am a member of the firm Percy, Smith & Foote, LLP, attorneys for Plaintiffs in the above-captioned matter.

2. My office address is P.O. Box 1632, 720 Murray Street, Alexandria, Louisiana, 71309, and my office telephone number is (318) 445-4480.

3. I am admitted to practice before the Louisiana State bar (1971), as well as the Tennessee State bar (1968). I was also admitted to the United States Court of Military Appeals in 1974; the United States Tax Courts in 1974; the United States District Court for the Western District of Louisiana in 1976; the United States District Court for the Middle District of

Louisiana in 1984; the United States District Court for the Eastern District of Louisiana in 1994; the Court of Appeals for the Fifth Circuit in 1996; and the Supreme Court of the United States.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I am not a member of the District of Columbia bar and do not have an application for membership pending.

7. I have been requested to represent Plaintiffs in this matter.

8. Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of Plaintiff and will also facilitate the efficient litigation of this matter.

9. I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiffs in this matter.

Subject to the penalties of perjury, I declare that the foregoing statements made by me are true.

Dated: March 8, 2006

_David P. Smith_
David P. Smith, Esq.
Percy, Smith & Foote, LLP
P.O. Box 1632
720 Murray Street
Alexandria, LA 71309
Tel: (318) 445- 4480
Fax: (318) 487-1741