UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

LOUISIANA WHOLESALE DRUG CO., INC.,

      :

   Plaintiff,

      : CA 05-2210 (CKK)

   v.

WARNER CHILCOTT PUBLIC LIMITED      :
COMPANY et al

   Defendants
_____

### Notice of Filing Supplemental Pro Hac Vice Affidavits

Pursuant to this Court's orders granting admission pro hac vice, we file supplemental affidavits of Bruce Gerstein, Kimberly Hennings, Kevin Landau and David Smith, attesting to familiarity with the local rules of this Court.

                    /s/ David U. Fierst
                    David U. Fierst, #912899
                    STEIN, MITCHELL & MEZINES LLP
                    1100 Connecticut Avenue, N.W.
                    Suite 1100
                    Washington, D.C. 20036
                    Tel: 202-737-7777
                    Fax: 202-296-8312

Dated: March 22, 2006