## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------- x

LOUISIANA WHOLESALE DRUG CO., INC.,
on behalf of itself and all others similarly
situated,

    Plaintiff,

    v.                                             Civil Action No: 05-cv-02210 (CKK)

WARNER CHILCOTT PUBLIC LIMITED
CO., *et al.*,

    Defendants.

------------------------------------------------------------- x

### SUPPLEMENTAL *PRO HAC VICE* DECLARATION OF BRUCE E. GERSTEIN

Per the Court's Order of February 1, 2006, I, Bruce E. Gerstein, declare under penalty of perjury that the following is true and correct:

    1.    I am a partner of the law firm of Garwin Gerstein & Fisher LLP. My firm has been retained to represent Plaintiffs in this litigation.

    2.    My office address is 1501 Broadway, Suite 1416, New York, New York 10036, and my office telephone number is (212) 398-0055.

    3.    I do not engage in the practice of law from an office located in the District of Columbia.

    4.    I am not a member of the District of Columbia bar, and do not have an application pending.

    5.    I am familiar with the Local Rules of the United States District Court for the

District of Columbia.

6.      Given my experience and familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of Plaintiffs.

7.      I respectfully request that the Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiffs in this matter.

Dated: March 22, 2006                                          _____
                                                                                BRUCE E. GERSTEIN