UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------  x
LOUISIANA WHOLESALE DRUG CO., INC.,        :
    Plaintiff,                                                          :
  v.                                                                             :   Civil Action No: 1:05CV02210 (CKK)
WARNER CHILCOTT PUBLIC LIMITED        :   Judge Colleen Kollar-Kotelly
COMPANY, *et al.*,                                                 :
    Defendants.                                                     :
---------------------------------------------------------  x

## ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Andrew M. Lacy hereby gives notice of his entry of appearance on behalf of Defendants Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd.

April 3, 2006                                               Respectfully submitted,

                          By:   /s/ Andrew M. Lacy
                                Andrew M. Lacy, D.C. Bar # 496644
                                SIMPSON THACHER & BARTLETT LLP
                                555 11th Street, N.W.
                                Suite 725
                                Washington, D.C.  20004
                                (202) 220-7700

                                *Counsel for Defendants*