# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

LOUISIANA WHOLESALE DRUG CO., INC.,

    Plaintiff,

                                                : CA 05-2210 (CKK)

    v.

WARNER CHILCOTT PUBLIC LIMITED
COMPANY et al

    Defendants

_____

**Notice of Filing Supplemental Pro Hac Vice Affidavit**

Pursuant to this Court's order granting admission pro hac vice, we file a supplemental affidavit of W. Ross Foote, attesting to familiarity with the local rules of this Court.

                                                /s/ David U. Fierst
                                                David U. Fierst, #912899
                                                STEIN, MITCHELL & MEZINES LLP
                                                1100 Connecticut Avenue, N.W.
                                                Suite 1100
                                                Washington, D.C. 20036
                                                Tel: 202-737-7777
                                                Fax: 202-296-8312

Dated: April 4, 2006