UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------ x
LOUISIANA WHOLESALE DRUG CO., INC.
on behalf of itself and all others similarly
situated,

        Plaintiff,

        v.

WARNER CHILCOTT PUBLIC LIMITED
CO., *et al.,*

        Defendants.
------------------------------------------------------------ x

Civil Action No: 05-cv-02210

### SUPPLEMENTAL *PRO HAC VICE* DECLARATION OF W. ROSS FOOTE

Per the Court's Order of March 20, 2006, I, W. Ross Foote, declare as follows under penalty of perjury that the following is true and correct:

1. I am an associate of the firm Percy, Smith & Foote, LLP, attorneys for Plaintiffs in the above-captioned matter.

2. My office address is P.O. Box 1632, 720 Murray Street, Alexandria, Louisiana, 71309, and my office telephone number is (318) 445-4480.

3. I do not engage in the practice of law from an office located in the District of Columbia.

4. I am not a member of the District of Columbia bar, and do not have an application pending.

5. I am familiar with the Local Rules of the United States District Court for the District of Columbia.

6.	Given my experience and familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of Plaintiffs.

7.	I respectfully request that the Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiffs in this matter.

Dated: April 3, 2006

_____
W. ROSS FOOTE