## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**LOUISIANA WHOLESALE DRUG CO., INC.,**
on behalf of itself and all others similarly situated,

**Plaintiff,**

**v.**

**WARNER CHILCOTT PUBLIC LIMITED
COMPANY, WARNER CHILCOTT HOLDINGS
COMPANY III, LTD., WARNER CHILCOTT
CORPORATION, WARNER CHILCOTT (US)
INC., GALEN (CHEMICALS) LTD., and BARR
PHARMACEUTICALS, INC.,**

**Defendants.**

**No. 05 Civ. 2210 (CKK)**

**JURY TRIAL DEMANDED**

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)

On April 4, 2006 the Court issued an order stating that "the Direct Purchaser

Class Action Plaintiffs (05cv2195, 05cv2210, 05cv2257, 05cv2321, 05cv2335, and 05cv2459)

will submit an amended consolidated class action complaint in 05cv2195 and dismiss all

remaining cases from the docket by April 14, 2006." Accordingly, on April 14, 2006, Plaintiff

Louisiana Wholesale Drug Co., Inc. joined in filing an Amended Class Action Complaint in

*Meijer, Inc., et al. v. Warner Chilcott Holdings Company III, Ltd., et al.*, No. 05 Civ. 2195

(CKK) [docket # 30]. Pursuant to the Order, Plaintiff hereby moves the Court for an order

dismissing this case pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated: April 20, 2006                          Respectfully submitted

                                               _____/s/_____
                                               Bruce E. Gerstein
                                               Barry S. Taus
                                               Kevin S. Landau
                                               GARWIN GERSTEIN & FISHER, LLP
                                               1501 Broadway, Ste. 1416
                                               New York, NY 10011
                                               Tel: (212) 398-0055
                                               Fax: (212) 764-6620

                                               David U. Fierst (D.C. Bar No. 912899)
                                               STEIN, MITCHELL & MEZINES LLP
                                               1100 Connecticut Ave., NW
                                               Suite 1100
                                               Washington, DC 20036
                                               Tel: (202) 737-7777
                                               Fax: (202) 296-8312

                                               ***Counsel for Plaintiff Louisiana Wholesale
                                               Drug Co., Inc.***